ALEX G. TSE
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KERRI JOHNSON, | Civil No. 4:17-cv-06433-KAW |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE HER ANSWER** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have an extension of time of 7 days to file her answer. Defendant respectfully requests this additional to complete the mailing of the certified administrative record, as the disruption caused by the temporary government shutdown has prevented the timely receipt of the administrative record. Defendant anticipates that this additional time will be sufficient for the filing of the answer and the administrative record.

Stip. to Extend Def.'s Answer

1

1 | The new due date for the filing of Defendant's answer and the certified administrative
2 | record will be Monday, February 19, 2018.

Date: *February 12, 2018*      LAW OFFICE OF NANCY K. MCCOMBS

By:    */s/ Jenna Abel o/b/o Nancy McCombs\**
NANCY MCCOMBS
*\* By phone authorization on Feb. 12, 2018*
Attorney for Plaintiff

Date: *February 12, 2018*      ALEX G. TSE
Acting United States Attorney

By:    */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: 2/13/18      _____
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s Answer