Nancy K. McCombs, CSBN 163629
12 Geary Street, Suite #201
San Francisco, California 94108
Telephone: (415) 678-2626
Email: abelmccombs@gmail.com

Attorney for Plaintiff
Kerri Johnson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KERRI JOHNSON,

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant

Case No. 4:17-cv-06433-KAW

STIPULATED REQUEST EXTENDING TIME TO FILE MOTION FOR SUMMARY JUDGMENT OR REMAND AND ~~PROPOSED~~ ORDER.
(Plaintiff's First Extension Request)

    The parties request that Plaintiff shall have an additional 14 days, to and including April 3, 2018, in which to move for summary judgment. This is a change from the original date of March 20, 2018.

    (2) Plaintiff seeks additional time because Attorney Nancy McCombs has a heavy caseload. This is Plaintiff's first extension request. Defendant's response to Plaintiff's Motion for Summary Judgment will be due on May 1, 2018. Plaintiff's Reply brief, if necessary, will be due on May 15, 2018.

////

////

DATED: 3/19/2018          By:     /s/ Nancy K. McCombs
                                  NANCY K. MCCOMBS,
                                  Attorney for Plaintiff


DATED: 3/19/2018          By:     /s/ Jeffrey Chen
                                  JEFFREY CHEN,
                                  Special Assistant United States Attorney
                                  Attorney for Defendant

IT IS SO ORDERED:


DATED:   3/22/18          By:     _____
                                  HONORABLE KANDIS A. WESTOMORE
                                  UNITED STATES MAGISTRATE JUDGE