Nancy K. McCombs, CSBN 163629
12 Geary Street, Suite #201
San Francisco, California 94108
Telephone:  (415) 678-2626
Email: abelmccombs@gmail.com

Attorney for Plaintiff
Kerri Johnson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KERRI JOHNSON,

       Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant

)  Case No. 4:17-cv-06433-KAW
)
)  STIPULATED REQUEST EXTENDING
)  TIME TO FILE MOTION FOR SUMMARY
)  JUDGMENT OR REMAND AND
)  PROPOSED ORDER.
)  (Plaintiff's Third Extension Request)
)   AS MODIFIED
)

The parties request that Plaintiff shall have an additional 14 day, to and including April 24, 2018, in which to move for summary judgment. This is a change from the date of April 10, 2018. Plaintiff seeks additional time because Attorney Nancy McCombs has a heavy caseload. This is Plaintiff's third extension request. Defendant's response to Plaintiff's Motion for Summary Judgment will be due on May 22, 2018. Plaintiff's Reply brief, if necessary, will be due on June 5, 2018.

////

////

-1-

DATED:      4/11/2018      _          By:      /s/ Nancy K. McCombs
                                               NANCY K. MCCOMBS,
                                               Attorney for Plaintiff


DATED:      4/11/2018                 By:      /s/ Jeffrey Chen
                                               JEFFREY CHEN,
                                               Special Assistant United States Attorney
                                               Attorney for Defendant

ORDER

The stipulation is GRANTED. The Court will not entertain any further extensions.

IT IS SO ORDERED:


DATED:  4/13/18            By:      _____
                                   HONORABLE KANDIS A. WESTOMORE
                                   UNITED STATES MAGISTRATE JUDGE

-2-