Nancy K. McCombs, CSBN 163629
12 Geary Street, Suite #201
San Francisco, California 94108
Telephone: (415) 678-2626
Email: abelmccombs@gmail.com

Attorney for Plaintiff
Kerri Johnson

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRI JOHNSON, | |
| Plaintiff, | ) Case No. 4:17-cv-06433-KAW |
| | ) |
| v. | ) STIPULATED REQUEST EXTENDING |
| | ) TIME TO FILE MOTION FOR SUMMARY |
| COMMISSIONER OF SOCIAL SECURITY, | ) JUDGMENT OR REMAND AND |
| | ) ~~PROPOSED~~ ORDER. |
| Defendant | ) (Plaintiff's Fourth Extension Request) |
| | ) |
| | ) |

The parties request that Plaintiff shall have an additional 1 day, to and including April 25, 2018, in which to move for summary judgment. This is a change from the date of April 24, 2018. Plaintiff seeks additional time because Attorney Nancy McCombs has a heavy caseload. This is Plaintiff's fourth extension request. Defendant's response to Plaintiff's Motion for Summary Judgment will be due on May 23, 2018. Plaintiff's Reply brief, if necessary, will be due on June 6, 2018.

////

////

DATED: _____4/25/2018_____ By: _/s/ Nancy K. McCombs_____
                                        NANCY K. MCCOMBS,
                                        Attorney for Plaintiff


DATED:_4/25/2018_____ By: _/s/ Michael Marriott_____
                                        MICHAEL MARRIOTT,
                                        Special Assistant United States Attorney
                                        Attorney for Defendant


IT IS SO ORDERED:


DATED:__4/27/18_____ By: _____
                                  HONORABLE KANDIS A. WESTMORE
                                  UNITED STATES MAGISTRATE JUDGE