1  ALEX G. TSE
   Acting United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  MICHAEL K. MARRIOTT, CSBN 280890
   Special Assistant United States Attorney
5         160 Spear Street, Suite 800
6         San Francisco, California 94105
          Telephone: (415) 977-8985
7         Facsimile: (415) 744-0134
          E-Mail: Michael.Marriott@ssa.gov
8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KERRI JOHNSON, | Civil No. 4:17-cv-06433-KAW |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE HER MSJ** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her MSJ. Defendant respectfully requests this extension of time because the undersigned has just returned this Monday from a two-and-a-half-week vacation to Taiwan, and consequently has a very heavy accumulated workload.

Stip. to Extend Def.'s MSJ

1

The new due date for the filing of Defendant's MSJ will be Friday, June 22, 2018.

Respectfully submitted,

Date: *May 23, 2018*  LAW OFFICE OF NANCY K. MCCOMBS

By: */s/ Jenna Abel o/b/o Nancy McCombs\**
NANCY MCCOMBS
*\* By phone authorization on May 23, 2018*
Attorney for Plaintiff

Date: *May 23, 2018*  ALEX G. TSE
Acting United States Attorney

By: */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: 5/29/18

_____
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ