ALEX G. TSE
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KERRI JOHNSON, | Civil No. 4:17-cv-06433-KAW |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE HER MSJ** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 7 days to file her MSJ. Defendant respectfully requests this extension of time because the undersigned has an extremely heavy workload, including three other district court merits briefs due within the next week.

Stip. to Extend Def.'s MSJ

1

The new due date for the filing of Defendant's MSJ will be Friday, June 29, 2018.

Respectfully submitted,

Date: *June 22, 2018*  LAW OFFICE OF NANCY K. MCCOMBS

By: */s/ Jenna Abel o/b/o Nancy McCombs\**
NANCY MCCOMBS
*\* By phone authorization on June 22, 2018*
Attorney for Plaintiff

Date: *June 22, 2018*  ALEX G. TSE
Acting United States Attorney

By: */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

The extension is granted, but no further extensions of time will be entertained.

APPROVED AND SO ORDERED:

DATED: 6/25/18

HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2